IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:14-CR-00257-RJC-DCK

| | |
|---|---|
| USA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| TORY LARENZO VAZQUEZ, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**THIS MATTER** is before the Court upon the government's Motion to Dismiss, (Doc. No. 14), the Indictment, (Doc. No. 11), without prejudice, based on the defendant's plea to an Information in Case No. 3:15-cr-5.

**IT IS ORDERED** that the government's motion, (Doc. No. 14), is **GRANTED** and the Indictment, (Doc. No. 11), is **DISMISSED** without prejudice.

Signed: January 22, 2015

Robert J. Conrad, Jr.
United States District Judge